**Order entered March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00081-CV

**BANK OF AMERICA, N.A., Appellant**

**V.**

**TFHSP SERIES LLC SERIES 315, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02267-2013**

## ORDER

We **GRANT** appellant's March 19, 2014 unopposed motion for substitution of counsel.

We **DIRECT** the Clerk of the Court to remove Robert T. Mowrey, Calvin Don Clayton Jr., and

Brendan P. Gaffney of Locke Lord, LLP as counsel for appellant and substitute R. Dwayne

Danner and Frank J. Catalano of McGlinchey Stafford, PLLC in their place.

/Ada Brown/
ADA BROWN
JUSTICE